IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEMCON IP INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASUSTEK COMPUTER INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:18-CV-00193-JRG <br> (LEAD CASE) |
| SEMCON IP INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAPRI HOLDINGS LIMITED, ET AL., <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:18-CV-00198-JRG <br> (MEMBER CASE) |

**ORDER**

Before the Court is Plaintiff Semcon IP Inc.'s ("Semcon") and Defendants Capri Holding Limited, Michael Kors (USA), Inc., and Michael Kors Retail, Inc.'s (collectively, the "Michael Kors Defendants") (jointly referred to as the "Parties") Motion to Dismiss Pursuant to Rule 41(a)(2) (the "Motion"). (Dkt. No. 93.) The Parties have settled their respective claims for relief asserted in member Case No. 2:18-cv-00198-JRG and move for an order dismissing all claims asserted by Semcon against the Michael Kors Defendants. The claims asserted in lead Case No.

2:18-cv-00193-JRG are still live before the Court. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all claims asserted by Semcon against the Michael Kors Defendants in Case No. 2:18-cv-00198 are **DISMISSED WITH PREJUDICE**. All pending motions in member Case No. 2:18-cvv-00198-JRG are **DENIED AS MOOT**. It is further **ORDERED** that all expenses, costs, and attorneys' fees shall be borne by the party that incurred them. The Clerk is **DIRECTED TO CLOSE** member Case No. 2:18-cv-00198-JRG.

**So ORDERED and SIGNED this 27th day of August, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE